**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1872**

_____

NORMAN G. GLENN; ALSTON WARDELL GLENN,

Plaintiffs - Appellees,

v.

GURLEY E. GLENN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:21-cv-00510-LCB-JLW)

_____

Submitted:  November 22, 2022                    Decided:  November 28, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Gurley E. Glenn, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gurley E. Glenn seeks to appeal the district court's order denying reconsideration of its prior order remanding Plaintiffs' civil action to a North Carolina state court. Because the district court based its decision to remand on a lack of subject matter jurisdiction, this court lacks jurisdiction to review that decision. *Ellenburg v. Spartan Motors Chassis, Inc.*, 519 F.3d 192, 196 (4th Cir. 2008). Accordingly, we deny Glenn's motion for a mechanic's lien and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
